[This decision has been published in *Ohio Official Reports* at 96 Ohio St.3d 1202.]

KUCHAREK, A.K.A. KUCHERAK, APPELLANT, *v*. TRI-CITY FAMILY MEDICINE, INC. ET AL., APPELLEES.

[Cite as *Kucharek v. Tri-City Family Medicine, Inc.,* 2002-Ohio-3454.]

*Appeal dismissed as improvidently allowed.*

(No. 2001-1002—Submitted May 22, 2002—Decided July 17, 2002.)

APPEAL from the Court of Appeals for Lorain County, No. 00CA007687, 2001-Ohio-4383.

————————————

{¶1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

————————————

Spangenberg, Shibley & Liber, L.L.P., Justin F. Madden and Mary A. Cavanaugh, for appellant.

Reminger & Reminger Co., L.P.A., and Martin T. Galvin, for appellees.

————————————

1